**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CENTRAL SOURCE LLC
P.O. Box 105283
Atlanta, Georgia 30348,

      Plaintiff,

v.

annalcreditreport.co,
annualcreditreport-transunion.com,
wwwannualcreditreport.com,
annualcreditreporeport.com,
annualcreditreportg.com,
getfreeannualcreditreport.com,
fannualcreditreport.com,
vannualcreditreport.com,
qannualcreditreport.com, and
xannualcreditreport.com,

      Defendants.

Civil Action No. 1:18-cv-01316-AJT-MSN

## SECOND AMENDED COMPLAINT

Plaintiff Central Source LLC ("Central Source"), through counsel, alleges as follows for

its *in rem* Complaint against Defendants annalcreditreport.co, annualcreditreport-transunion.com,

wwwannualcreditreport.com, annualcreditreporeport.com, annualcreditreportg.com,

getfreeannualcreditreport.com, fannualcreditreport.com, vannualcreditreport.com,

qannualcreditreport.com, and xannualcreditreport.com, (the "Domain Names").

## NATURE OF THE SUIT

1.     This is an *in rem* action for cybersquatting under the Federal Anti-Cybersquatting

Consumer Protection Act, 15 U.S.C. § 1125(d), and trademark infringement under the Lanham

Act, 15 U.S.C. § 1114(1)(a).

2.      Recent studies have shown that over 95% of the 500 most popular sites on the Internet are the subject of "typosquatting"—registration or use of a domain name that represents a typographical error of the legitimate site—and which is typically used to display advertisements related to the legitimate site, to distribute computer viruses or "malware," or to collect visitors' personal information for inappropriate or illegal uses.

3.      Typosquatting harms consumers by causing confusion with the legitimate sites being sought by the consumers and very often results in consumers' computers being infected with computer viruses, "bloatware" or other unwanted software, consumer's personal information being collected and misused, and/or consumers being presented with an endless stream of unwanted advertisements.

4.      In the present case, Plaintiff's invaluable rights in the distinctive AnnualCreditReport mark have been deliberately infringed through the bad faith registration and use of the Defendant Domain Names, which domain names are confusingly similar to the AnnualCreditReport mark.  Plaintiff previously has pursued a number of actions in this Court to obtain the transfer of similar domain names that infringe upon the AnnualCreditReport mark and were registered in bad faith. *See See Central Source LLC v. annualcreditreportmonitoring.com*, 18-CV-453 (filed Apr. 19, 2018)*; Central Source LLC v. afreeannualcreditreport.com*, 17-CV-581 (E.D. Va. June 8, 2018); *Central Source LLC v. freeannualcfreditreport.com*, 17-CV-63 (E.D. Va. May 23, 2017); *Central Source LLC v. freeannualcreditreport2014.com*, 16-CV-465 (Feb. 27, 2017); *Central Source LLC v. anmnualcreditreport.com*, 14-CV-1754 (E.D. Va. Aug. 19, 2015); *Central Source LLC v. annualcrsditreport.com*, 14-CV-1755, 2015 WL 1880187 (E.D. Va. Apr. 23, 2015); *Central Source LLC v. aniualcreditreport.com*, 14-CV-1345 (E.D. Va. Mar. 2, 2015); *Central Source LLC v. aabbualcreditreport.com*, 14-CV-918 (E.D. Va. Nov. 12,

2014, *amended* Nov. 18, 2014); *Central Source LLC v. annualcreditredport.com*, 14-CV-302,

2014 WL 3891667 (E.D. Va. Aug. 7, 2014); *Central Source LLC v. annualdcreditreport.com*,

No. 14-CV-304, 2014 WL 371162 (E.D. Va. Aug. 1, 2014); *Central Source LLC v.

annualcreditreport-com.us*, 14-CV-305, 2014 WL 3767071 (E.D. Va. July 30, 2014).

## <u>PARTIES</u>

5.      Central Source is a corporation organized and existing under the laws of Delaware

with a principal business address of P.O. Box 105283, Atlanta, Georgia, 30348.

6.      annalcreditreport.co is an Internet domain name which, according to records in

the whois database of domain name registrations, is registered by an unidentified individual in

that the registrant field of the public whois record for the domain name is blank. A copy of the

domain name registration record for annualcreditreport.co is attached as Exhibit 1.

7.      annualcreditreport-transunion.com is an Internet domain name which, according

to records in the whois database of domain name registrations, is registered by "Data Protected

Data Protected".   A copy of the domain name registration record for annualcreditreport-

transunion.com is attached as Exhibit 2.

8.      wwwwannualcreditreport.com is an Internet domain name which, according to

records in the whois database of domain name registrations, is registered by "Domain

Administrator".      A    copy    of    the    domain    name    registration    record    for

wwwwannualcreditreport.com is attached as Exhibit 3.

9.      annualcreditreporeport.com is an Internet domain name which, according to

records in the whois database of domain name registrations, is registered by "Domain

Administrator".  A copy of the domain name registration record for annualcreditreporeport.com

is attached as Exhibit 4.

10.     annualcreditreportg.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "NAM JONG KANG". A copy of the domain name registration record for annualcreditreportg.com is attached as Exhibit 5.

11.     getfreeannualcreditreport.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "Registration Private". A copy of the domain name registration record for getfreeannualcreditreport.com is attached as Exhibit 6.

12.     fannualcreditreport.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "Domain Administrator". A copy of the domain name registration record for fannualcreditreport.co is attached as Exhibit 7.

13.     vannualcreditreport.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "Registration Private". A copy of the domain name registration record for vannualcreditreport.com is attached as Exhibit 8.

14.     qannualcreditreport.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "Domain Administrator". A copy of the domain name registration record for qannualcreditreport.com is attached as Exhibit 9.

15.     xannualcreditreport.com is an Internet domain name which, according to records in the whois database of domain name registrations, is registered by "Domain Administrator". A copy of the domain name registration record for xannualcreditreport.com is attached as Exhibit 10.

## **JURISDICTION, VENUE AND JOINDER**

16.     This is a civil action for federal cybersquatting in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and for trademark infringement under the Lanham Act, 15 U.S.C. § 1114(1)(a).

17.     This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

18.     This Court has *in rem* jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(A).   *In rem* jurisdiction is appropriate under 15 U.S.C. § 1125(d)(2)(A)(ii) because the listed registrant of the Defendant Domain Names is either blank, or a privacy service or, a fictitious person/entity, and/or an individual residing outside the United States, and therefore Plaintiff cannot obtain in personam jurisdiction over a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A) and/or Central Source, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

19.     Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa), Central Source will give notice of the violations of Central Source's rights, and Central Source's intent to proceed *in rem*, to the postal and e-mail addresses set forth in the registration records for each of the Defendant Domain Names.

20.     Venue is proper in this District pursuant to 15 U.S.C. § 1125(d)(2)(C) in that the .CO domain name registry operator, Neustar, Inc., and the .COM domain name registry operator, VeriSign, Inc., are situated in this judicial district, and the Defendant Domain Names are all .CO and .COM domain names.

21.     Joinder of the Defendant Domain Names is proper under Fed. R. Civ. P. 20(a)(2) in that the *in rem* cybersquatting and trademark infringement claims set forth herein appear to arise out of the same series of transactions and the same questions of law are common to all of the Defendant Domain Names.

**CENTRAL SOURCE'S RIGHTS**

22.     Central Source was created in 2004 to provide consumers with a secure means to request and obtain a free credit report once every 12 months in accordance with the Fair and Accurate Credit Transactions Act.  15 U.S.C. § 1681j.

23.     Central Source provides this service to consumers through a website and service available at www.AnnualCreditReport.com, and AnnualCreditReport is the only service/site authorized by the U.S. Federal Trade Commission and the Consumer Financial Protection Bureau to provide this service.

24.     Central Source registered the AnnualCreditReport.com domain name on June 25, 2004.

25.     Over the course of June and July of 2004, Central Source registered a large number of additional related domain names and now owns more than 600 domain names representing typographical errors of AnnualCreditReport as a defensive measure intended to protect consumers by limiting cybersquatting of domain name registrations related to AnnualCreditReport.

26.     Central Source began promoting the AnnualCreditReport mark and website in a press release issued on November 23, 2004.  This promotion resulted in several major media organizations nationwide publishing stories that referenced the AnnualCreditReport mark and the AnnualCreditReport.com website address.  These organizations included *The Chicago Tribune*,

*The Kansas City Star*, *The New York Times*, *The Sacramento Bee*, *The San Francisco Chronicle*, *The Star-Ledger, USA TODAY*, and *The Washington Post*.

27.     As a result of Central Source's promotion of the AnnualCreditReport mark and AnnualCreditReport.com domain name and the corresponding media coverage, consumers immediately associated the AnnualCreditReport mark and the AnnualCreditReport.com domain name with Central Source.

28.     The AnnualCreditReport service was launched for public use on November 30, 2004.

29.     Since opening for public use, AnnualCreditReport has received more than 675,000,000 visits to AnnualCreditReport.com through July 2017.

30.     The U.S. Federal Trade Commission has engaged in a wide ranging public service campaign promoting AnnualCreditReport through informational websites, television and Internet commercials, and audio public service announcements.

31.     The Federal Trade Commission has also previously pursued unauthorized Internet uses of AnnualCreditReport and typographical variations of AnnualCreditReport.

32.     The Credit Card Accountability Responsibility and Disclosure Act (the "CARD Act") requires certain mandatory references to AnnualCreditReport.com whenever an advertisement or website offers a free credit report.

33.     Pursuant to 15 U.S.C. § 1681j(g):

[A]ny advertisement for a free credit report in any medium shall prominently disclose in such advertisement that free credit reports are available under Federal law at: "AnnualCreditReport.com" (or such other source as may be authorized under Federal law).

34.     Pursuant to 12 C.F.R. § 1022.138(b):

(3)     All advertisements for free credit reports in print shall include the following disclosure in the form specified below and in close proximity to the first mention of a free credit report. The first line of the disclosure shall be centered and contain only the following language: "THIS NOTICE IS REQUIRED BY LAW." Immediately below the first line of the disclosure the following language shall appear: "You have the right to a free credit report from AnnualCreditReport.com or (877) 322-8228, the ONLY authorized source under Federal law." …

(4)     Web sites. Any Web site offering free credit reports must display the disclosure set forth in paragraphs (b)(4)(i), (ii), and (v) of this section on each page that mentions a free credit report and on each page of the ordering process. (i) The first element of the disclosure shall be a header that is centered and shall consist of the following text: "THIS NOTICE IS REQUIRED BY LAW. … ; (ii) The second element of the disclosure shall appear below the header required by paragraph (b)(4)(i) and shall consist of the following text: "You have the right to a free credit report from AnnualCreditReport.com or (877) 322-8228, the ONLY authorized source under Federal law." The reference to AnnualCreditReport.com shall be an operational hyperlink to the centralized source, underlined, and in the same color as the hyperlink to consumerfinance.gov/learnmore required in § 1022.138(b)(4)(i); (v) The third element of the disclosure shall appear below the text required by paragraph (b)(4)(ii) and shall be an operational hyperlink to AnnualCreditReport.com that appears as a centered button containing the following language: "Take me to the authorized source."

35.     The mandatory disclosures required by federal law under 15 U.S.C. § 1681j(g) and 12 C.F.R. § 1022.138 have resulted in millions of references to AnnualCreditReport being presented to consumers.

36.     Through promotion of AnnualCreditReport by Central Source, the Federal Trade Commission, and third parties that are statutorily required identify AnnualCreditReport, the AnnualCreditReport mark has become famous and/or distinctive throughout the United States in connection with Central Source's services.

37.     The Defendant Domain Names represent unauthorized colorable imitations of the AnnualCreditReport mark, which further demonstrates that the AnnualCreditReport mark has acquired distinctiveness and was famous and/or distinctive prior to the time of registration of the Defendant Domain Names.

38.     Consumers have come to distinguish and recognize the legitimacy of Central Source's services as a result of the use and widespread promotion of the AnnualCreditReport mark.  The AnnualCreditReport mark is entitled to common law trademark rights.

39.     The AnnualCreditReport mark is also registered on the Principal Trademark Register of the U.S. Patent and Trademark Office under incontestable registration number 4152650.  *See* Exhibit 11.

40.     Central Source's federal registration for the AnnualCreditReport mark is *conclusive* evidence of the validity of the mark, of Central Source's ownership of the mark, and of Central Source's exclusive right to use the mark in U.S. commerce.

## UNLAWFUL REGISTRATION AND/OR USE OF THE DOMAIN NAMES

41.     Central Source has engaged in significant efforts to protect consumers by *inter alia* defensively registering domain names that represent typographical variations of AnnualCreditReport and by pursuing the disabling of websites and the transfer of domain names that are being used to confuse and mislead consumers.

42.     Where necessary, Central Source also has successfully pursued legal action to obtain the transfer of domain names that infringe upon the AnnualCreditReport mark and were registered in bad faith.  *See Central Source LLC v. annualcreditreportmonitoring.com*, 18-CV-453 (filed Apr. 19, 2018)*; Central Source LLC v. afreeannualcreditreport.com*, 17-CV-581 (E.D. Va. June 8, 2018); *Central Source LLC v. freeannualcfreditreport.com*, 17-CV-63 (E.D. Va. May 23, 2017); *Central Source LLC v. freeannualcreditreport2014.com*, 16-CV-465 (Feb. 27, 2017); *Central Source LLC v. anmnualcreditreport.com*, 14-CV-1754 (E.D. Va. Aug. 19, 2015); *Central Source LLC v. annualcrsditreport.com*, 14-CV-1755, 2015 WL 1880187 (E.D. Va. Apr. 23, 2015); *Central Source LLC v. aniualcreditreport.com*, 14-CV-1345 (E.D. Va. Mar. 2, 2015);

*Central Source LLC v. aabbualcreditreport.com*, 14-CV-918 (E.D. Va. Nov. 12, 2014, *amended* Nov. 18, 2014); *Central Source LLC v. annualcreditredport.com*, 14-CV-302, 2014 WL 3891667 (E.D. Va. Aug. 7, 2014); *Central Source LLC v. annualdcreditreport.com*, No. 14-CV-304, 2014 WL 371162 (E.D. Va. Aug. 1, 2014); *Central Source LLC v. annualcreditreport-com.us*, 14-CV-305, 2014 WL 3767071 (E.D. Va. July 30, 2014).

43.     The Defendant Domain Names represent typographical errors of AnnualCreditReport.  The registration and use of the Defendant Domain Names reflect a type of cybersquatting known as "typosquatting."

44.     Upon information and belief, the Defendant Domain Names were registered for the purpose of obtaining Internet visitors when such visitors make a typographical error on their keyboard when attempting to reach AnnualCreditReport.com by typing "AnnualCreditReport."

45.     The Defendant Domain Names are configured to display pay-per-click advertisements or to redirect visitors to third-party websites for sales solicitations—when the visitors were actually seeking the AnnualCreditReport service provided by Central Source through AnnualCreditReport.com.

46.     Upon information and belief, the registrant(s) of the Defendant Domain Names receive compensation when Internet visitors, who were attempting to reach AnnualCreditReport.com, click on a link provided by a Defendant Domain Name to a third-party website and/or when the Internet visitors are automatically redirected by a Defendant Domain Name to a third-party website for a sales solicitation.

47.     The use of the AnnualCreditReport mark within the Defendant Domain Names and/or associated websites is without authorization from Central Source.

48.     Upon information and belief, the Defendant Domain Names do not and cannot reflect the legal name of the registrant(s) of the Domain Names.

49.     Upon information and belief, the registrant(s) of the Defendant Domain Names has not engaged in bona fide noncommercial or fair use of the AnnualCreditReport mark in a website accessible under the Domain Names.

50.     The websites displayed by the registrant(s) of the Defendant Domain Names are likely to be confused with Central Source's legitimate online location at AnnualCreditReport.com and actual consumer confusion is occurring in the marketplace.

51.     Upon information and belief, the registrant(s) of the Defendant Domain Names registered the Domain Names with intent to divert consumers away from Central Source's online location at AnnualCreditReport.com, for commercial gain, by creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of the Defendant Domain Names and the sites displayed through use of the Defendant Domain Names.

52.     Upon information and belief, the Defendant Domain Names are being used to display websites that do not comply with the mandatory disclosure provisions of 15 U.S.C. § 1681j(g) and 12 C.F.R. § 1022.138.

53.     Upon information and belief, the registrant(s) of the Defendant Domain Names provided material and misleading false contact information when applying for and maintaining the registration of the Defendant Domain Names in that the person or entity identified as the registrant of the Defendant Domain Names is not the true owner of the Domain Names.

54.     Upon information and belief, the registrant(s) of certain of the Defendant Domain Name use services that replace a domain name owner's contact information with names such as

"Private Registrant", "Registration Private", and "Domain Administrator" and thereby conceal the identity of the true owner(s) of the domain name.

55.     Upon information and belief, certain of the Defendant Domain Names were registered by the same person or entity and/or are under the control of the same person or entity.

## COUNT ONE:
### (Violation of the Federal Anti-Cybersquatting Consumer Protection Act)

56.     Central Source repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

57.     Central Source's federally registered AnnualCreditReport mark is famous and/or distinctive and was famous and/or distinctive prior to the time of registration of the Defendant Domain Names.

58.     The aforesaid acts by the registrant(s) of the Defendant Domain Names constitute registration, maintenance, trafficking in, or use of domain names that are confusingly similar to Central Source's AnnualCreditReport mark, with bad faith intent to profit therefrom.

59.     In light of the registrant's concealment of the identities of the true owners of the Defendant Domain Names and/or the registrant's location outside the United States, Central Source is not able to obtain *in personam* jurisdiction over the registrant(s) of the Defendant Domain Names or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

60.     Central Source, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

61.     The aforesaid acts by the registrant(s) of the Domain Names constitute unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

62.     The aforesaid acts have caused, and are causing, great and irreparable harm to Central Source and the public.  The harm to Central Source includes harm to the value and goodwill associated with the AnnualCreditReport mark that money cannot compensate.  Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.  Thus, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), Central Source is entitled to an order transferring the Defendant domain name registrations to Central Source.

**COUNT TWO:**
**(In-Rem Trademark Infringement)**

63.     Central Source repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

64.     At the time the Defendant Domain Names were registered and/or used, Central Source possessed valid federal trademark rights in the AnnualCreditReport mark.

65.     In light of the registrant's concealment of the identities of the true owners of the Defendant Domain Names and/or the registrant's location outside the United States, Central Source is not able to obtain *in personam* jurisdiction over the registrant(s) of the Defendant Domain Names or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

66.     Central Source, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

67.     The registration and use of the Defendant Domain Names are a use in commerce.

68.     The registration and use of the Defendant Domain Names affect Central Source's ability to use its AnnualCreditReport mark in commerce.

69.     The Defendant Domain Names and their respective registrant(s) have no valid rights in the AnnualCreditReport mark.

70.     At the time the Defendant Domain Names were registered and/or used, the Defendant Domain Names and their respective registrant(s) were on actual and/or constructive notice, pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, of the existence of Central Source's superior rights in its AnnualCreditReport mark by reason of the existence, at that time, of Central Source's aforestated federal trademark rights.

71.     Use by the Defendant Domain Names and their respective registrant(s) of the AnnualCreditReport mark is without the permission or authorization of Central Source.

72.     The aforesaid registration and/or use of the Defendant Domain Names has caused and is likely to continue to cause confusion, mistake and/or deception among consumers and the public, leading the public falsely to believe that the Defendant Domain Names and/or websites provided thereunder are those of, are sponsored or approved by, or are in some way connected with Central Source.

73.     The aforesaid registration and use of the Defendant Domain Names constitute direct infringement of Central Source's trademark rights in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

74.     The aforesaid acts have caused, and are causing, great and irreparable harm to Central Source and the public.  The harm to Central Source includes harm to the value and goodwill associated with the AnnualCreditReport mark that money cannot compensate.  Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.

## **PRAYER FOR RELIEF**

WHEREFORE, Central Source respectfully requests of this Court:

1.     That judgment be entered in favor of Central Source on its claims of cybersquatting and trademark infringement.

2.      That the Court order the Defendant Domain Names be transferred to Central Source through transfer by the relevant registries and/or registrars of the Defendant Domain Names to Central Source's domain name registrar of choice and by such registrar's change of the registrant to Central Source.

3.      That any other domain names registered by the registrant(s) of the Defendant Domain Names that resemble or include the AnnualCreditReport mark be transferred to Central Source.

4.      That the Court order an award of costs and reasonable attorney's fees incurred by Central Source in connection with this action pursuant to 15 U.S.C. § 1117(a); and

5.      That the Court order an award to Central Source of such other and further relief as the Court may deem just and proper.

Dated: July 3, 2019          By:      /s/ Attison L. Barnes, III
                                     Attison L. Barnes, III (VA Bar No. 30458)
                                     David E. Weslow (*for pro hac admission*)
                                     WILEY REIN LLP
                                     1776 K St. NW
                                     Washington, DC 20006
                                     (202) 719-7000 (phone)
                                     (202) 719-7049 (fax)
                                     abarnes@wileyrein.com
                                     dweslow@wileyrein.com

                                     *Counsel for Plaintiff*
                                     *Central Source LLC*

# EXHIBIT 1



WHOIS

English  Español

annalcreditreport.co

○ Domain (example: cointernet.com.co)

○ Registrar (example: Registrar XYZ)

○ Nameserver (ex: ns1.Neustar.co or 209.173.53.74)

| | |
|---|---|
| **Domain Name** | annalcreditreport.co |
| **Registry Domain ID** | DA3832E6A4E7A455A9FC7FCE73F1B6548-NSR |
| **Updated Date** | 2018-02-07T07:09:45Z |
| **Creation Date** | 2018-02-02T07:09:45Z |
| **Registry Expiry Date** | 2019-02-02T07:09:45Z |
| **Registrar** | BigRock Solutions Ltd. |
| **Registrar IANA ID** | 1495 |
| **Registrar URL** | www. publicdomainregistry.com |
| **Registrar WHOIS Server** | whois.publicdomainregistry.com |
| **Registrar Abuse Contact Email** | abuse-contact@publicdomainregistry.com |
| **Registrar Abuse Contact Phone** | |
| **Domain Status** | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| **Registry Registrant ID** | |
| **Registrant Name** | |
| **Registrant Organization** | N/A |
| **Registrant Street** | |
| **Registrant Street** | |
| **Registrant Street** | |
| **Registrant City** | |
| **Registrant State/Province** | Other |
| **Registrant Postal Code** | |
| **Registrant Country** | KR |
| **Registrant Phone** | |
| **Registrant Phone Ext** | |
| **Registrant Fax** | |
| **Registrant Fax Ext** | |
| **Registrant Email** | To get in contact, please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |

**Registry Admin ID**
**Admin Name**
**Admin Organization**
**Admin Street**
**Admin Street**
**Admin Street**
**Admin City**
**Admin State/Province**
**Admin Postal Code**
**Admin Country**
**Admin Phone**
**Admin Phone Ext**
**Admin Fax**
**Admin Fax Ext**

**Admin Email**      To get in contact, please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.

**Registry Tech ID**
**Tech Name**
**Tech Organization**
**Tech Street**
**Tech Street**
**Tech Street**
**Tech City**
**Tech State/Province**
**Tech Postal Code**
**Tech Country**
**Tech Phone**
**Tech Phone Ext**
**Tech Fax**
**Tech Fax Ext**

**Tech Email**      To get in contact, please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.

**Name Server**      ns2.parkingcrew.net
**Name Server**      ns1.parkingcrew.net
**DNSSEC**      unsigned

>> Last update of WHOIS database:2018-10-12T16:08:06Z <<<

Not sure what to do? Read
**WHOIS.CO FAQS.**

Click **here** to convert IDNs
from Unicode to ACE
(Punycode) format and back.

.CO Internet SAS (we, us and our), the Administrator for the .co TLD, provides the WHOIS Service (the Service) to assist users (you, your) in obtaining certain information related to the registration records of domain names that we hold in our database which is collected from Accredited Registrars. Use of the Service is subject to these Terms and Conditions and our policies.

The information provided by the Service is for informational purposes only, is provided 'as is', and we make no

guarantee of its accuracy. Neither we nor the Neustar, Inc. group of companies, under any circumstances, can be held liable in such instances where the information provided proves to be incorrect, incomplete, or not accurate in any sense.

By submitting a WHOIS query, you agree that you will not use the information provided:

- in a way which is inconsistent with any applicable laws rules or regulations that pertain to the Service, any of our published policies or any published policy of the Registry Operator;
- to generate, distribute, or facilitate unsolicited mass email, promotions, advertisings or other solicitations; or
- to enable high volume, automated, electronic processes that apply to the Service.

You acknowledge that:

- the copying, compilation, repackaging, dissemination or other use of the information provided by the Service is not permitted without our express written consent;
- a response from the Service that there is 'No Data Found' in relation to a domain name does not indicate its availability or otherwise;
- we may take measures to limit the use of the Service in order to protect the privacy of registrants or the integrity of the Service; and
- we may restrict, suspend or terminate your access to the Service at any time.

We may discontinue, amend, or make changes to the Service or these Terms and Conditions from time to time at our absolute discretion and without notice to you. If you do not agree to the changes implemented by us, your sole and exclusive remedy is to terminate your use of the Service. Domains currently or previously used as extensions in 3rd level domains will not be available for registration in the 2nd level; for example, org.co, mil.co, edu.co, com.co, net.co, nom.co, arts.co, firm.co, info.co, int.co, web.co, rec.co and co.co. Domain name registrations in the .co TLD are subject to our policies which can be found on our site at www.cointernet.com.co.

The above WHOIS results have been redacted to remove potential personal data. The full WHOIS output may be available to individuals and organisations with a legitimate interest in accessing this data not outweighed by the fundamental privacy rights of the data subject. To find out more, or to make a request for access, please visit: RDDSrequest.nic.co.

By executing a WHOIS query, in any manner whatsoever, you agree to abide by these Terms and Conditions.

.CO Internet SAS, administrador del TLD .CO, es el proveedor de los servicios de WHOIS que permiten a los usuarios obtener cierta información relacionada con el registro de los dominios que manejamos en nuestra base de datos y la cual es colectada por nuestros registradores acreditados. El uso de estos servicios está sujeto a estos Términos y Condiciones y a nuestra Política.

La información dada por este servicio es para fines informativos únicamente y no nos hacemos responsable de su veracidad. Ni nosotros ni Neustar Inc., bajo ninguna circunstancia, puede ser considerado responsable en los casos en que la información provista sea incorrecta, incompleta o no precisa en ningún sentido.

Al enviar una consulta de WHOIS, usted acepta que no utilizará la información proporcionada:

- de una manera que sea inconsistente con las leyes o regulaciones aplicables que pertenecen al Servicio, cualquiera de nuestras políticas publicadas o cualquier política publicada del Operador de Registro;
- generar, distribuir o facilitar correos masivos no solicitados, promociones, publicidades u otras solicitudes; o
- habilitar procesos electrónicos automatizados de alto volumen que se apliquen al Servicio.

Usted reconoce que:

- la copia, compilación, reempaquetado, difusión u otro uso de la información provista por el Servicio no está permitido sin nuestro consentimiento expreso por escrito;
- una respuesta del Servicio de que no hay 'Datos encontrados' en relación con un nombre de dominio no indica su disponibilidad o no;
- podríamos tomar medidas para limitar el uso del Servicio a fin de proteger la privacidad de los registrantes o la integridad del Servicio; y
- podríamos restringir, suspender o terminar su acceso al Servicio en cualquier momento.

Podemos suspender, modificar o realizar cambios en el Servicio o en estos Términos y condiciones oportunamente, a nuestra entera discreción y sin previo aviso. Si no acepta los cambios implementados por nosotros, su único y exclusivo recurso es terminar su uso del Servicio. Los dominios que se usan actualmente o anteriormente como extensiones en dominios de 3er nivel no estarán disponibles para el registro en el 2 ° nivel; por ejemplo, org.co, mil.co, edu.co, com.co, net.co, nom.co, arts.co, firm.co, info.co, int.co, web.co, rec.co y co.co. Los registros de nombres de dominio en .co TLD están sujetos a nuestras políticas que se pueden encontrar en nuestro sitio en www.cointernet.com.co.

Los resultados anteriores del WHOIS, se han redactado para eliminar datos personales potenciales. El resultado completo de WHOIS puede estar disponible para individuos y organizaciones con interés legítimo en acceder a estos datos que no sobrepase los derechos de privacidad fundamentales del interesado. Para obtener más información o realizar una solicitud de acceso, por favor visite: RDDSrequest.nic.co.

Al ejecutar una consulta WHOIS, de cualquier manera, acepta cumplir estos Términos y condiciones.

© .CO Internet S.A.S. All Rights Reserved. Terms of Use. Agreements Restrictions and Dispute Policies.

# EXHIBIT 2

简体中文  **English**  Français  Русский  Español  العربية  Portuguese

# ICANN WHOIS

| annualcreditreport-transunion.com | Lookup |

By submitting any personal data, I agree that any the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: ANNUALCREDITREPORT-TRANSUNION.COM*

Original Query: annualcreditreport-transunion.com

# Contact Information

## Registrant Contact
Name: Data Protected Data Protected
Organization: Data Protected
Mailing Address: 123 Data Protected, Toronto ON M6K 3M1 CA
Phone: +1.0000000000
Ext:
Fax: +1.0000000000
Fax Ext:
Email:noreply@data-protected.net

## Admin Contact
Name: Data Protected Data Protected
Organization: Data Protected
Mailing Address: 123 Data Protected, Toronto ON M6K 3M1 CA
Phone: +1.0000000000
Ext:
Fax: +1.0000000000
Fax Ext:
Email:noreply@data-protected.net

## Tech Contact

Name: Data Protected Data Protected
Organization: Data Protected
Mailing Address: 123 Data Protected, Toronto ON M6K 3M1 CA
Phone: +1.0000000000
Ext:
Fax: +1.0000000000
Fax Ext:
Email:noreply@data-protected.net

## Registrar

WHOIS Server: whois.tucows.com
URL: http://tucowsdomains.com
Registrar: TUCOWS, INC.
IANA ID: 69
Abuse Contact Email:domainabuse@tucows.com
Abuse Contact Phone: +1.4165350123

## Status

Domain Status:ok https://icann.org/epp#ok

## Important Dates

Updated Date: 2018-07-22
Created Date: 2018-04-30
Registrar Expiration Date: 2019-04-30

## Name Servers

ns1.commonmx.com
ns2.commonmx.com

# Raw WHOIS Record

```
Domain Name: ANNUALCREDITREPORT-TRANSUNION.COM
Registry Domain ID: 2258803585_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2018-07-22T09:01:10
Creation Date: 2018-04-30T20:16:44
Registrar Registration Expiration Date: 2019-04-30T20:16:44
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: Data Protected Data Protected
Registrant Organization: Data Protected
Registrant Street: 123 Data Protected
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M6K 3M1
Registrant Country: CA
Registrant Phone: +1.0000000000
Registrant Phone Ext:
Registrant Fax: +1.0000000000
Registrant Fax Ext:
Registrant Email: noreply@data-protected.net
Registry Admin ID:
Admin Name: Data Protected Data Protected
Admin Organization: Data Protected
Admin Street: 123 Data Protected
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M6K 3M1
Admin Country: CA
Admin Phone: +1.0000000000
Admin Phone Ext:
Admin Fax: +1.0000000000
Admin Fax Ext:
Admin Email: noreply@data-protected.net
Registry Tech ID:
Tech Name: Data Protected Data Protected
Tech Organization: Data Protected
Tech Street: 123 Data Protected
Tech City: Toronto
Tech State/Province: ON
Tech Postal Code: M6K 3M1
Tech Country: CA
Tech Phone: +1.0000000000
Tech Phone Ext:
```

```
Tech Fax: +1.0000000000
Tech Fax Ext:
Tech Email: noreply@data-protected.net
Name Server: ns1.commonmx.com
Name Server: ns2.commonmx.com

Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-07-22T09:01:10 <<<

"For more information on Whois status codes, please visit
https://icann.org/epp"

The Data in the Tucows Registrar WHOIS database is provided to you by
Tucows
for information purposes only, and may be used to assist you in
obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee
its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only
for
lawful purposes and that, under no circumstances will you use this data
to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes
that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for
excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.
```

```
NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers     Privacy Policy     Terms of Service     Cookies Policy

# EXHIBIT 3

简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

wwwwannualcreditreport.com          Lookup

By submitting any personal data, I agree that any the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: wwwwannualcreditreport.com*

Original Query: wwwwannualcreditreport.com

# Contact Information

## Registrant Contact
Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org

## Admin Contact
Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org

## Tech Contact

Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org

## Registrar

WHOIS Server: whois.namesilo.com
URL: https://www.namesilo.com/
Registrar: NameSilo, LLC
IANA ID: 1479
Abuse Contact Email:abuse@namesilo.com
Abuse Contact Phone: +1.4805240066

## Status

Domain Status:clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited

## Important Dates

Updated Date: 2018-09-09
Created Date: 2018-06-12
Registrar Expiration Date: 2019-06-12

## Name Servers

NS1.PARKINGCREW.NET
NS2.PARKINGCREW.NET

## Raw WHOIS Record

```
Domain Name: wwwwannualcreditreport.com
Registry Domain ID: 2274452002_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2018-09-09T07:00:00Z
Creation Date: 2018-06-12T07:00:00Z
Registrar Registration Expiration Date: 2019-06-12T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-
84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
```

Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-84c9040b8d113941a6bd7aade25ae0d1@privacyguardian.org
Name Server: NS1.PARKINGCREW.NET
Name Server: NS2.PARKINGCREW.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-10-11T07:00:00Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp

NOTICE AND TERMS OF USE: You are not authorized to access or query our
WHOIS
database through the use of high-volume, automated, electronic
processes. The
Data in our WHOIS database is provided for information purposes only,
and to
assist persons in obtaining information about or related to a domain
name
registration record. We do not guarantee its accuracy. By submitting a
WHOIS
query, you agree to abide by the following terms of use: You agree that
you may
use this Data only for lawful purposes and that under no circumstances
will you
use this Data to: (1) allow, enable, or otherwise support the
transmission of
mass unsolicited, commercial advertising or solicitations via e-mail,
telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without
our
prior written consent. We reserve the right to terminate your access to
the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise
abide by
this policy. We reserve the right to modify these terms at any time.

Domains - cheap, easy, and secure at NameSilo.com

https://www.namesilo.com

```
Register your domain now at www.NameSilo.com - Domains. Cheap, Fast and
Secure
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Terms of Service    Cookies Policy

# EXHIBIT 4

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| annualcreditreporeport.com | | Lookup |

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: annualcreditreporeport.com*

Original Query: annualcreditreporeport.com

# Contact Information

## Registrant Contact
Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-6841e801c92e7623249481179ea332ff@privacyguardian.org

## Admin Contact
Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-6841e801c92e7623249481179ea332ff@privacyguardian.org

## Tech Contact

Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: 1928 E. Highland Ave. Ste F104 PMB# 255, Phoenix AZ 85016 US
Phone: +1.3478717726
Ext:
Fax:
Fax Ext:
Email:pw-6841e801c92e7623249481179ea332ff@privacyguardian.org

## Registrar

WHOIS Server: whois.namesilo.com
URL: https://www.namesilo.com/
Registrar: NameSilo, LLC
IANA ID: 1479
Abuse Contact Email:abuse@namesilo.com
Abuse Contact Phone: +1.4805240066

## Status

Domain Status:clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited

## Important Dates

Updated Date: 2019-01-10
Created Date: 2018-06-12
Registrar Expiration Date: 2019-06-12

## Name Servers

NS1.PARKINGCREW.NET
NS2.PARKINGCREW.NET

# Raw WHOIS Record

```
Domain Name: annualcreditreporeport.com
Registry Domain ID: 2274451973_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2019-01-10T07:00:00Z
Creation Date: 2018-06-12T07:00:00Z
Registrar Registration Expiration Date: 2019-06-12T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-
6841e801c92e7623249481179ea332ff@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-6841e801c92e7623249481179ea332ff@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
```

```
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-6841e801c92e7623249481179ea332ff@privacyguardian.org
Name Server: NS1.PARKINGCREW.NET
Name Server: NS2.PARKINGCREW.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-10T07:00:00Z <<<
```

For more information on Whois status codes, please visit
https://icann.org/epp

NOTICE AND TERMS OF USE: You are not authorized to access or query our
WHOIS
database through the use of high-volume, automated, electronic
processes. The
Data in our WHOIS database is provided for information purposes only,
and to
assist persons in obtaining information about or related to a domain
name
registration record. We do not guarantee its accuracy. By submitting a
WHOIS
query, you agree to abide by the following terms of use: You agree that
you may
use this Data only for lawful purposes and that under no circumstances
will you
use this Data to: (1) allow, enable, or otherwise support the
transmission of
mass unsolicited, commercial advertising or solicitations via e-mail,
telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without
our
prior written consent. We reserve the right to terminate your access to
the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise
abide by
this policy. We reserve the right to modify these terms at any time.

Domains - cheap, easy, and secure at NameSilo.com

https://www.namesilo.com

```
Register your domain now at www.NameSilo.com - Domains. Cheap, Fast and
Secure
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

---

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Terms of Service    Cookies Policy

# EXHIBIT 5

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

annualcreditreportg.com                    Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: ANNUALCREDITREPORTG.COM*

Original Query: annualcreditreportg.com

# Contact Information

## Registrant Contact
Name: NAM JONG KANG
Organization:
Mailing Address: 902, HAKSEONG-DONG, WONJU-SI SOUTH KOREA 220-963 KR
Phone: +82.0163005396
Ext:
Fax:
Fax Ext:
Email:K8993B@GMAIL.COM

## Admin Contact
Name: NAM JONG KANG
Organization:
Mailing Address: 902, HAKSEONG-DONG, WONJU-SI SOUTH KOREA 220-963 KR
Phone: +82.0163005396
Ext:
Fax:
Fax Ext:
Email:K8993B@GMAIL.COM

## Tech Contact

Name: NAM JONG KANG
Organization:
Mailing Address: 902, HAKSEONG-DONG, WONJU-SI SOUTH KOREA 220-963 KR
Phone: +82.0163005396
Ext:
Fax:
Fax Ext:
Email:K8993B@GMAIL.COM

## Registrar

WHOIS Server: whois.syrahost.com
URL: http://www.crazydomains.com
Registrar: CRAZY DOMAINS FZ-LLC
IANA ID: 1291
Abuse Contact Email:domains@crazydomains.com
Abuse Contact Phone: +61.894220890

## Status

Domain Status:ok https://icann.org/epp#ok

## Important Dates

Updated Date: 2018-11-16
Created Date: 2018-11-16
Registrar Expiration Date: 2019-11-16

## Name Servers

NS1.PARKINGCREW.NET
NS2.PARKINGCREW.NET

# Raw WHOIS Record

```
Domain Name: ANNUALCREDITREPORTG.COM
Registry Domain ID: 2333212527_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.syrahost.com
Registrar URL: http://www.crazydomains.com
Updated Date: 2018-11-16T10:54:37Z
Creation Date: 2018-11-16T00:00:00Z
Registrar Registration Expiration Date: 2019-11-16T00:00:00Z
Registrar: CRAZY DOMAINS FZ-LLC
Registrar IANA ID: 1291
Registrar Abuse Contact Email: domains@crazydomains.com
Registrar Abuse Contact Phone: +61.894220890
Reseller: CRAZY DOMAINS
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: R-023874123-SN
Registrant Name: NAM JONG KANG
Registrant Organization:
Registrant Street: 902, HAKSEONG-DONG
Registrant City: WONJU-SI
Registrant State/Province: SOUTH KOREA
Registrant Postal Code: 220-963
Registrant Country: KR
Registrant Phone: +82.0163005396
Registrant Phone Ext:
Registrant Email: K8993B@GMAIL.COM
Registry Admin ID: C-007632603-SN
Admin Name: NAM JONG KANG
Admin Organization:
Admin Street: 902, HAKSEONG-DONG
Admin City: WONJU-SI
Admin State/Province: SOUTH KOREA
Admin Postal Code: 220-963
Admin Country: KR
Admin Phone: +82.0163005396
Admin Phone Ext:
Admin Email: K8993B@GMAIL.COM
Registry Tech ID: C-007632603-SN
Tech Name: NAM JONG KANG
Tech Organization:
Tech Street: 902, HAKSEONG-DONG
Tech City: WONJU-SI
Tech State/Province: SOUTH KOREA
Tech Postal Code: 220-963
Tech Country: KR
Tech Phone: +82.0163005396
Tech Phone Ext:
Tech Email: K8993B@GMAIL.COM
```

```
Name Server: NS1.PARKINGCREW.NET
Name Server: NS2.PARKINGCREW.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-11-16T10:54:37Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers     Privacy Policy     Terms of Service     Cookies Policy

# EXHIBIT 6

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| getfreeannualcreditreport.com | Lookup |

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

## *Showing results for: getfreeannualcreditreport.com*

Original Query: getfreeannualcreditreport.com

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:getfreeannualcreditreport.com@domainsbyproxy.com

## Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:getfreeannualcreditreport.com@domainsbyproxy.com

## Tech Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:getfreeannualcreditreport.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2019-01-16
Created Date: 2019-01-16
Registrar Expiration Date: 2020-01-16

## Name Servers

NS1.TACOMADC.COM
NS2.TACOMADC.COM

# Raw WHOIS Record

```
Domain Name: getfreeannualcreditreport.com
Registry Domain ID: 2352992416_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-01-16T21:16:23Z
Creation Date: 2019-01-16T21:16:23Z
Registrar Registration Expiration Date: 2020-01-16T21:16:23Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: getfreeannualcreditreport.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
```

Admin Email: getfreeannualcreditreport.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: getfreeannualcreditreport.com@domainsbyproxy.com
Name Server: NS1.TACOMADC.COM
Name Server: NS2.TACOMADC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-18T15:00:00Z <<<


For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,

```
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

---

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers     Privacy Policy     Terms of Service     Cookies Policy

# EXHIBIT 7

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

fannualcreditreport.com

Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

I'm not a robot

reCAPTCHA
Privacy - Terms

*Showing results for: FANNUALCREDITREPORT.COM*

Original Query: fannualcreditreport.com

## Contact Information

### Registrant Contact
Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

Fax:
Fax Ext:
Email: fundacionprivacy@protonmail.com

## Tech Contact

Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:
Fax Ext:
Email: fundacionprivacy@protonmail.com

## Registrar

WHOIS Server: whois.registermatrix.com
URL: http://www.registermatrix.com
Registrar: Media Elite Holdings Limited
IANA ID: 1114
Abuse Contact Email: billing@registermatrix.com
Abuse Contact Phone: +507.8365079

## Status

Domain Status: ok
Domain Status: clientTransferProhibited

## Important Dates

Updated Date: 2019-04-17

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

ns1.tacomadc.com
ns2.tacomadc.com

## Raw WHOIS Record

```
Domain Name: FANNUALCREDITREPORT.COM
Registry Domain ID:
Registrar WHOIS Server: whois.registermatrix.com
Registrar URL: http://www.registermatrix.com
Updated Date: 2019-04-17T08:19:45Z
Creation Date: 2019-04-17T08:19:44Z
Registrar Registration Expiration Date: 2020-04-17T08:19:44Z
Registrar: Media Elite Holdings Limited
Registrar IANA ID: 1114
Registrar Abuse Contact Email: billing@registermatrix.com
Registrar Abuse Contact Phone: +507.8365079
Reseller:
Domain Status: ok
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: Fundacion Privacy Services LTD
Registrant Street: 3rd Floor Humbolt Tower, Calle 53 Este
Registrant City: Panama City
Registrant State/Province:
Registrant Postal Code: n/a
Registrant Country: PA
Registrant Phone: +507.8365079
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: fundacionprivacy@protonmail.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: Fundacion Privacy Services LTD
Admin Street: 3rd Floor Humbolt Tower, Calle 53 Este
Admin City: Panama City
Admin State/Province:
```

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

```
Tech Organization: Fundacion Privacy Services LTD
Tech Street: 3rd Floor Humbolt Tower, Calle 53 Este
Tech City: Panama City
Tech State/Province:
Tech Postal Code: n/a
Tech Country: PA
Tech Phone: +507.8365079
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: fundacionprivacy@protonmail.com
Name Server: ns1.tacomadc.com
Name Server: ns2.tacomadc.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-07-02T11:30:01Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.  ✖ OK

© 2019 Internet Corporation for Assigned Names and Numbers [Privacy Policy](#) [Terms of Service](#) [Cookies Policy](#)

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. [Learn more.](#)

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. [Learn more.](#) ✖ OK

# EXHIBIT 8

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| vannualcreditreport.com | Lookup |

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

## *Showing results for: vannualcreditreport.com*

Original Query: vannualcreditreport.com

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:vannualcreditreport.com@domainsbyproxy.com

## Admin Contact
Name: Registration Private

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.    ✖ OK

## Tech Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:vannualcreditreport.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2019-05-13
Created Date: 2019-05-13

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.  OK

## Raw WHOIS Record

```
Domain Name: vannualcreditreport.com
Registry Domain ID: 2390646984_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-05-13T21:34:33Z
Creation Date: 2019-05-13T21:34:32Z
Registrar Registration Expiration Date: 2020-05-13T21:34:32Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
  http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
  http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
  http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
  http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vannualcreditreport.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
```

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. _Learn more._

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. _Learn more._ ✖ OK

```
Admin Fax Ext:
Admin Email: vannualcreditreport.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vannualcreditreport.com@domainsbyproxy.com
Name Server: NS1.NAMEDYNAMICS.NET
Name Server: NS2.NAMEDYNAMICS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-07-02T14:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
```

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

```
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Terms of Service    Cookies Policy

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

# EXHIBIT 9

简体中文    English    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

---

| qannualcreditreport.com | | Lookup |

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

## Showing results for: QANNUALCREDITREPORT.COM

Original Query: qannualcreditreport.com

# Contact Information

## Registrant Contact
Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:
Fax Ext:
Email:fundacionprivacy@protonmail.com

## Admin Contact
Name: Domain Administrator

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

## Tech Contact

Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:
Fax Ext:
Email:fundacionprivacy@protonmail.com

## Registrar

WHOIS Server: whois.registermatrix.com
URL: http://www.registermatrix.com
Registrar: Media Elite Holdings Limited
IANA ID: 1114
Abuse Contact Email:billing@registermatrix.com
Abuse Contact Phone: +507.8365079

## Status

Domain Status:ok
Domain Status:clientTransferProhibited

## Important Dates

Updated Date: 2019-05-27
Created Date: 2019-05-27
Registrar Expiration Date: 2020-05-27

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

## Raw WHOIS Record

```
Domain Name: QANNUALCREDITREPORT.COM
Registry Domain ID:
Registrar WHOIS Server: whois.registermatrix.com
Registrar URL: http://www.registermatrix.com
Updated Date: 2019-05-27T06:26:15Z
Creation Date: 2019-05-27T06:09:29Z
Registrar Registration Expiration Date: 2020-05-27T06:09:28Z
Registrar: Media Elite Holdings Limited
Registrar IANA ID: 1114
Registrar Abuse Contact Email: billing@registermatrix.com
Registrar Abuse Contact Phone: +507.8365079
Reseller:
Domain Status: ok
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: Fundacion Privacy Services LTD
Registrant Street: 3rd Floor Humbolt Tower, Calle 53 Este
Registrant City: Panama City
Registrant State/Province:
Registrant Postal Code: n/a
Registrant Country: PA
Registrant Phone: +507.8365079
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: fundacionprivacy@protonmail.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: Fundacion Privacy Services LTD
Admin Street: 3rd Floor Humbolt Tower, Calle 53 Este
Admin City: Panama City
Admin State/Province:
Admin Postal Code: n/a
Admin Country: PA
Admin Phone: +507.8365079
Admin Phone Ext:
Admin Fax:
```

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.  ✖ OK

```
Tech Country: PA
Tech Phone: +507.8365079
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: fundacionprivacy@protonmail.com
Name Server: ns1.hastydns.com
Name Server: ns2.hastydns.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-07-02T11:32:59Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.  ✖ OK

# EXHIBIT 10

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| xannualcreditreport.com | Lookup |

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

## Showing results for: XANNUALCREDITREPORT.COM

Original Query: xannualcreditreport.com

# Contact Information

## Registrant Contact
Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:
Fax Ext:
Email:fundacionprivacy@protonmail.com

## Admin Contact
Name: Domain Administrator

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.    ✖ OK

## Tech Contact

Name: Domain Administrator
Organization: Fundacion Privacy Services LTD
Mailing Address: 3rd Floor Humbolt Tower, Calle 53 Este, Panama City n/a PA
Phone: +507.8365079
Ext:
Fax:
Fax Ext:
Email:fundacionprivacy@protonmail.com

## Registrar

WHOIS Server: whois.registermatrix.com
URL: http://www.registermatrix.com
Registrar: Media Elite Holdings Limited
IANA ID: 1114
Abuse Contact Email:billing@registermatrix.com
Abuse Contact Phone: +507.8365079

## Status

Domain Status:ok
Domain Status:clientTransferProhibited

## Important Dates

Updated Date: 2019-05-27
Created Date: 2019-05-27
Registrar Expiration Date: 2020-05-27

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

# Raw WHOIS Record

```
Domain Name: XANNUALCREDITREPORT.COM
Registry Domain ID:
Registrar WHOIS Server: whois.registermatrix.com
Registrar URL: http://www.registermatrix.com
Updated Date: 2019-05-27T06:26:16Z
Creation Date: 2019-05-27T06:09:33Z
Registrar Registration Expiration Date: 2020-05-27T06:09:33Z
Registrar: Media Elite Holdings Limited
Registrar IANA ID: 1114
Registrar Abuse Contact Email: billing@registermatrix.com
Registrar Abuse Contact Phone: +507.8365079
Reseller:
Domain Status: ok
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: Fundacion Privacy Services LTD
Registrant Street: 3rd Floor Humbolt Tower, Calle 53 Este
Registrant City: Panama City
Registrant State/Province:
Registrant Postal Code: n/a
Registrant Country: PA
Registrant Phone: +507.8365079
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: fundacionprivacy@protonmail.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: Fundacion Privacy Services LTD
Admin Street: 3rd Floor Humbolt Tower, Calle 53 Este
Admin City: Panama City
Admin State/Province:
Admin Postal Code: n/a
Admin Country: PA
Admin Phone: +507.8365079
Admin Phone Ext:
Admin Fax:
```

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.  ✖ OK

```
Tech Country: PA
Tech Phone: +507.8365079
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: fundacionprivacy@protonmail.com
Name Server: ns1.hastydns.com
Name Server: ns2.hastydns.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-07-02T11:34:04Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. ✖ OK

# EXHIBIT 11



# United States of America
## United States Patent and Trademark Office

# ANNUALCREDITREPORT

**Reg. No. 4,152,650**

**Registered June 5, 2012**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CENTRAL SOURCE LLC (DELAWARE LIMITED LIABILITY COMPANY)
P.O. BOX 105283
ATLANTA, GA 303485283

FOR: BUSINESS REFERRAL AND INFORMATION SERVICES, NAMELY, REFERRAL OF REQUESTS BY CONSUMERS FOR LEGALLY-AUTHORIZED ANNUAL CONSUMER CREDIT REPORT DISCLOSURE TO THE VARIOUS CONSUMER CREDIT REPORTING AGENCIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-30-2004; IN COMMERCE 11-30-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,128,221 AND 3,128,222.

SEC. 2(F).

SER. NO. 85-249,432, FILED 2-23-2011.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office