**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CENTRAL SOURCE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>annalcreditreport.co,<br>annualcreditreport-transunion.com,<br>wwwannualcreditreport.com,<br>annualcreditreporeport.com,<br>annualcreditreportg.com,<br>getfreeannualcreditreport.com,<br>fannualcreditreport.com,<br>vannualcreditreport.com,<br>qannualcreditreport.com, and<br>xannualcreditreport.com,<br><br>    Defendants. | Civil Action No. 1:18-cv-01316-AJT-MSN |

## **DECLARATION OF ARI S. MELTZER**

I, Ari S. Meltzer, hereby declare as follows:

1. I am an attorney with the law firm Wiley Rein LLP, counsel for Plaintiff Central Source LLC ("Plaintiff").

2. I am a member in good standing of the State Bars of Maryland and the District of Columbia.

3. I submit this Declaration in support of Plaintiff's Motion for Order to Publish Notice of Second Amended Complaint and make this Declaration based on my personal knowledge.

4. The listed owners of the Internet domain names fannualcreditreport.com,

vannualcreditreport.com, qannualcreditreport.com, and xannualcreditreport.com (the "Domain Names") are identified in Paragraphs 12-15 of the Plaintiff's Second Amended Complaint.

5. True and accurate copies of the "Whois" reports for the Domain Names are attached to the Second Amended Complaint as Exhibits 7-10 (ECF No. 22).

6. On July 11, 2019, we sent a letter on behalf of Plaintiff to the registrant(s) of the Domain Names using the e-mail and postal address on file with the registrars of the Domain Names notifying the registrant(s) that Plaintiff had filed suit in the United States District Court for the Eastern District of Virginia, providing Plaintiff's notice of intent to proceed *in rem*, and attaching a copy of the Complaint. A true and accurate copy of the letter is attached hereto as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2019, in Washington, District of Columbia.

_____
Ari S. Meltzer
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ameltzer@wileyrein.com

# Attachment 1



1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

www.wileyrein.com

David E. Weslow
202.719.7525
dweslow@wileyrein.com

July 11, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

fannualcreditreport.com, qannualcreditreport.com, xannualcreditreport.com
Domain Administrator/Fundacion Privacy Services LTD
3rd Floor Humbolt Tower, Calle 53 Este
Panama City
PA
fundacionprivacy@protonmail.com

vannualcreditreport.com
Registration Private/Domains By Proxy, LLC
DomainsByProxy.com
Scottsdale, AZ 85260
vannualcreditreport@domainsbyproxy.com


Re:    Notice of Intent to Proceed With *In Rem* Civil Action

Dear Sir or Madam:

Our firm represents Central Source LLC. Please find enclosed a Second Amended Complaint that has been filed in the United States District Court for the Eastern District of Virginia asserting claims under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and the Lanham Act, 15 U.S.C. § 1114(1) against the fannualcreditreport.com, qannualcreditreport.com, xannualcreditreport.com, and vannualcreditreport.com domain names.

This correspondence is notice of Central Source's intent to proceed *in rem* pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa).

Sincerely,

**/s/ *David E. Weslow***

David E. Weslow

Enclosure