IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANNALCREDITREPORT.CO, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:18-cv-1316 (AJT/MSN) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. 30] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. 14] be granted, and that the Court enter a default judgment in favor of Plaintiff, direct that domain registries/registrars VeriSign, Inc. and Neustar, Inc. change the registrar of record for each Defendant Domain Name to GoDaddy.com, and dismiss Count 2 of the Amended Complaint [Doc. 4]. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report and Recommendation [Doc. 30] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. 14] be, and the same hereby is, GRANTED; and it is further

ORDERED that JUDGMENT be, and the same hereby is, ENTERED in favor of Plaintiff; and it is further

ORDERED that domain registries/registrars VeriSign, Inc. and Neustar, Inc. be, and the same hereby are, ORDERED to change the registrar of record for annalcreditreport.co, annualcreditreport-transunion.com, wwwwannualcreditreport.com, annualcreditreporeport.com, annualcreditreportg.com, and getfreeannualcreditreport.com to GoDaddy.com; and it is further

ORDERED that Count Two of the Amended Complaint [Doc. 4] be, and the same hereby is, DISMISSED without prejudice.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 27, 2019

2