**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Central Source LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:18cv1316 |
| annalcreditreport.co, et al. ) | |
| ) | |
| Defendants ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and the declaration of Ari S. Meltzer, Esq., the Clerk of this Court does hereby enter the default of defendant fannualcreditreport.com, vannualcreditreport.com, qannualcreditreport.com and xannualcreditreport.com for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

By: _____/s/_____
Kathy Lau
DEPUTY CLERK

Dated: 10/30/19