**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

CENTRAL SOURCE LLC,

     Plaintiff,

v.

annalcreditreport.co, *et al.*

     Defendants.

Civil Action No. 1:18-cv-01316-AJT-MSN

**PLAINTIFF'S NOTICE OF MOTION**

PLEASE BE ADVISED THAT on Friday, November 22, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff CENTRAL SOURCE LLC, by counsel, will move pursuant to Fed. R. Civ. P. 55(b) and the Local Rules of this Court for the entry of a default judgment against the defendant domain names fannualcreditreport.com, vannualcreditreport.com, qannualcreditreport.com, and xannualcreditreport.com in accordance with the accompanying motion and memorandum.

Dated: November 1, 2019

By:   /s/ Attison L. Barnes, III /s/
      Attison L. Barnes, III (VA Bar No. 30458)
      David E. Weslow (*pro hac vice)*
      WILEY REIN LLP
      1776 K St. NW
      Washington, DC 20006
      (202) 719-7000 (phone)
      (202) 719-7049 (fax)
      abarnes@wileyrein.com

      *Counsel for Plaintıȷf*
      *Central Source LLC*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on November 1, 2019, I electronically filed the foregoing by using the CM/ECF system.  I also sent copies to the registrant of the domain names at the postal and email addresses provided by the registrant to the registrar of the fannualcreditreport.com, vannualcreditreport.com, qannualcreditreport.com, and xannualcreditreport.com domain names:

Domain Administrator/Fundacion Privacy Services LTD
3rd Floor Humbolt Tower, Calle 53 Este
Panama City PA
fundacionprivacy@protonmail.com
(for fannualcreditreport.com, qannualcreditreport.com, xannualcreditreport.com)

Registration Private/Domains By Proxy, LLC
DomainsByProxy.com
Scottsdale, AZ 85260
vannualcreditreport@domainsbyproxy.com
(for vannualcreditreport.com)

/s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*Central Source LLC*